AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**12 CIV 2398**

McKinsey & Company Inc.

_Plaintiff_

v.

McKinsey & Company Global Holdings Inc., and Does 1-20

_Defendant_

Civil Action No. 12 Civ. _____

## SUMMONS IN A CIVIL ACTION

**JUDGE GARDEPHE**

To: _(Defendant's name and address)_

McKinsey & Company Global Holdings Inc.
c/o The Company Corporation
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Bernstein
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

_CLERK OF COURT_

Date: MAR 3 0 2012

_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McKinsey & Company Inc.,
        Plaintiff,

v.

McKinsey & Company Global Holdings Inc.,      AFFIDAVIT OF SERVICE
and Does 1-20,
        Defendants.                     CASE NUMBER: 12 CIV 2398 PGG
                                                                     ECF CASE

STATE OF DELAWARE     )
                                 ss.:
COUNTY OF NEW CASTLE   )

       Thomas Lyle, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware.

       That on April 2, 2012, at 3:42 p.m. at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, I personally served a Summons, Complaint, CM/ECF Rules and Instructions, and U.S.D.J. Gardephe's Instructions upon McKinsey & Company Global Holdings Inc. c/o The Company Corporation. Service was accepted by Susan Rhea of The Company Corporation, a person authorized to accept service.

       Susan Rhea was a light-skinned female, approximately 45 years old, 5'2" 125 lbs.

                                                                          _/s/ Thomas Lyle_
                                                                                    Thomas Lyle

Sworn to before me this
3rd day of April, 2012

_/s/ Dennis Schofield_
Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015