GAR DEPUES

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
McKINSEY & COMPANY, INC.,                   :
                                            :    No. 12 Civ. 2398 (PGG)
                            Plaintiff,      :    ECF Case
                                            :
   -against-                                :    **EX PARTE**
                                            :    **DISCOVERY**
McKINSEY & COMPANY GLOBAL                   :    **ORDER**
HOLDINGS INC., and DOES 1-20,               :
                                            :
                            Defendants.     :
                                            :
-----------------------------------------------------------x

   Upon the accompanying ex parte motion for expedited discovery order and incorporated memorandum of law, the declaration of Katherine L. Kriegman, and the verified complaint filed by Plaintiff McKinsey & Company, Inc. ("McKinsey & Company") on March 30, 2012, and

   WHEREAS, Plaintiff has been unable, through diligent research and investigation, including but not limited to communications directed to McKinsey & Company Global Holdings Inc. ("MCGH") through their registered agent, The Company Corporation, and through private investigation, to ascertain the identity of MCGH's shareholders, officers, and directors, and

   WHEREAS, MCGH was obligated to file a franchise tax report with the Secretary of State of Delaware by March 1, 2012, which would have identified its officers and directors, but MCGH failed to file the required report, and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/12

WHEREAS, Plaintiff urgently requires the identities of MCGH's shareholders, officers, and directors in order to name them personally as defendants in this action and to effectuate service upon them personally, so as to make the shareholders, officers, and directors equally subject to the orders of this Court as MCGH, and

WHEREAS, no representative of MCGH has contacted Plaintiff or its counsel nor has MCGH indicated any intention of appearing before this Court to address Plaintiff's request for an order authorizing expedited discovery,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff McKinsey & Company is granted leave to conduct limited expedited discovery sufficient to identify the true names and capacities of the Doe defendants (including but not limited to MCGH's owners, shareholders, directors, officers, employees, agents and any other parties that assisted MCGH with the registration of its corporate name), and the nature of MCGH's business, including but not limited through the form of subpoena attached hereto as Exhibit A.

Dated:  New York, New York
        April, 10, 2012

                                                _____
                                                United States District Judge