USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

McKINSEY & COMPANY, INC.,

        Plaintiff,

        v.

McKINSEY & COMPANY GLOBAL HOLDINGS INC.
and DOES 1-20,

        Defendants.

---------------------------------------------------------------- x

12 CIV. 2398 (PGG)

ECF CASE

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that on March 30, 2012, plaintiff filed a complaint, and, on April 2, 2012, a copy of the complaint was served by personal service on defendant McKinsey & Company Global Holdings Inc.'s ("MCGH") corporate agent, The Company Corporation. Proof of such service was filed on April 6, 2012.

I further certify that the docket entries indicate that defendant MCGH has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant MCGH is hereby noted.

Dated: New York, New York
April 27, 2012

**RUBY J. KRAJICK**
Clerk of the Court

By: _____
Deputy Clerk