UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── x
                                 :
McKINSEY & COMPANY, INC.,        :
                                 :
        Plaintiff,    :    12 CIV. 2398 (PGG)
                                 :
        v.            :    ECF CASE
                                 :
McKINSEY & COMPANY GLOBAL HOLDINGS INC., :  **CERTIFICATE OF SERVICE**
and DOES 1-20,                   :
                                 :
        Defendants.   :
                                 :
──────────────────────────────── x

      I, Katherine L. Kriegman, associated with Debevoise & Plimpton LLP, attorneys for plaintiff herein, certify:

      I am over eighteen (18) years of age. On the 27th day of April 2012, I caused to be served copies of the Order to Show Cause signed by Judge Gardephe on April 27, 2012, and supporting documents by overnight courier on the other party to this action at the following address:

      McKinsey & Company Global Holdings Inc.
      c/o The Company Corporation
      2711 Centerville road, Suite 400
      Wilmington, Delaware 19808

2

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2012.

/s/ Katherine L. Kriegman
Katherine L. Kriegman