# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**David H. Bernstein**
Partner
Tel 212 909 6696
Fax 212 521 7696
dhbernstein@debevoise.com

April 27, 2012

**BY FAX**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

*The Show Cause Hearing is adjourned to May 10, 2012 at 2:30.*

**SO ORDERED:**

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: April 30, 2012

*McKinsey & Company, Inc. v. McKinsey & Company Global Holdings Inc. et al.*
12 Civ. 02398

Dear Judge Gardephe:

We represent plaintiff McKinsey & Company, Inc. in the above-captioned matter. We write to request a short continuance of the Show Cause Hearing scheduled for May 9, 2012 at 10:00 a.m. This is the first request for a continuance.

I have meetings in Washington, DC on May 9th that would make it impossible for me to appear that day before Your Honor. I will be returning to New York the morning of May 10th and could be available anytime that day, or on May 11th, for a Show Cause hearing, should Your Honor's schedule allow.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*[signature]*

David H. Bernstein

cc: McKinsey & Company Global Holdings, Inc.
(by Federal Express, with copy of Court's Order to Show Cause)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/12
```

New York • Washington, D.C • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai