UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
                                                :

McKINSEY & COMPANY, INC.,                :

        Plaintiff,                :    12 CIV. 2398 (PGG)

      v.                            :    ECF CASE

McKINSEY & COMPANY GLOBAL HOLDINGS INC., :    **CERTIFICATE OF SERVICE**
and DOES 1-20,

        Defendants.        :
———————————————————— x

    I, Katherine L. Kriegman, associated with Debevoise & Plimpton LLP, attorneys for plaintiff herein, certify:

    I am over eighteen (18) years of age. On the 30th day of April 2012, I caused to be served a copy of the endorsed letter adjourning the show cause hearing to May 10, 2012 at 2:30 p.m., signed by Judge Gardephe on April 30, 2012, by overnight courier on the other party to this action at the following address:

    McKinsey & Company Global Holdings Inc.
    c/o The Company Corporation
    2711 Centerville road, Suite 400
    Wilmington, Delaware 19808

2

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2012.

/s/ Katherine L. Kriegman
Katherine L. Kriegman
