AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| McKinsey & Company, Inc.<br><br>*Plaintiff*<br><br>v.<br>McKinsey & Company Global Holdings Inc., The National Council of Business Accreditation, Andrew W. Whitaker, Juleanne Brooks, and Does 4-20<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. *12 Civ. 2398 (PGG)*<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Council of Business Accreditation
1701 Pennsylvania Avenue NW, Suite 300, Washington, DC 20006
11424 Aberdeen Dr., Fontana, CA 92337
11248 Terra Vista Parkway, Suite 83, Rancho Cucamonga, CA 91730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Bernstein
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: MAY 1 4 2012

_____
*Signature of Clerk or Deputy Clerk*

United States District Court for the
Southern District of New York

---

McKinsey & Company, Inc.,

                                                Plaintiff,

  -against-                                          **AFFIDAVIT OF SERVICE**
                                                                              Civil Action No. 12 Civ. 2398 (PGG)

McKinsey & Company Global Holdings Inc., The
National Council of Business Accreditation, Andrew
W. Whitaker, et al.,

                                              Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 22nd day of May, 2012, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, First Amended Complaint, Individual Practices of Judge Paul G. Gardephe and Electronic Case Filing Rules and Instructions upon **NATIONAL COUNCIL OF BUSINESS ACCREDITATION,** by delivering to and leaving with Chad Matice an agent of the Secretary of State, of the State of New York, one (1) true copy thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 307 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Chad Matice is a white male, approximately 30 years of age, stands approximately 6 feet tall, weighs approximately 200 pounds with brown hair and wears glasses.

Deponent further states that notice of such service and a copy of the process were sent to the defendant, National Council of Business Accreditation, 11248 Terra Vista Parkway, Suite 83, Rancho Cucamonga, CA 91730, by registered mail with return receipt requested on the 22nd day of May, 2012.

                                                                   Denise L. Dooley

Sworn to before me
this 22nd day of May, 2012.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014

State of New York - Department of State
Receipt for Service

Receipt #: 201205220350
Date of Service: 05/22/2012
Service Company: 12 EMPIRE CORPORATE & INFORMATION SERVICES,

Cash #: 201205220188
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 307 OF THE BUSINESS CORPORATION LAW

Party Served: NATIONAL COUNCIL OF BUSINESS ACCREDITATION

Plaintiff/Petitioner:
MCKINSEY & COMPANY, INC.

Service of Process Address:

Secretary of State
By  CHAD MATICE

---

**Registered No.** RA747048566US

| Field | Amount |
|---|---|
| Reg. Fee | $10.95 |
| Handling Charge | $0.00 |
| Postage | $6.30 |
| Special Delivery | $ |
| Return Receipt | $2.55 |
| Restricted Delivery | $0.00 |

Date Stamp: 0207 / 11 / 05/22/12

Received by:

Customer Must Declare Full Value $ 100.00
Without Postal Insurance ☒

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: DEBEVOISE + PLIMPTON
919 Third Avenue
New York, NY 10022

TO: National Council of Business Accreditation
11849 [Foothill?] Parkway, Ste 83
Rancho Cucamonga, CA 91730

PS Form 3806, February 1995    Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)