AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| McKinsey & Company, Inc.<br><br>*Plaintiff*<br>v.<br>McKinsey & Company Global Holdings Inc., The National Council of Business Accreditation, Andrew W. Whitaker, Juleanne Brooks, and Does 4-20<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12 Civ. 2398 (PGG) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew W. Whitaker
24 E. Olive Ave 10, Redlands, CA 92373
11424 Aberdeen Dr., Fontana, CA 92337
11248 Terra Vista Parkway, Suite 83, Rancho Cucamonga, CA 91730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Bernstein
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAY 1 4 2012

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>Telephone No: 212-909-6841 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: MCKINSEY & COMPANY, INC. | | | | |
| Defendant: MCKINSEY & COMPANY GLOBAL HOLDINGS INC., et al. | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>12CIV.2398(PGG) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS  FIRST AMENDED COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL RULES OF PRACTICE PACKET.

3. a. Party served:   ANDREW W. WHITAKER

4. Address where the party was served:   11248 TERRA VISTA PARKWAY
   APARTMENT 83
   RANCHO CUCAMONGA, CA 91730

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 14, 2012 (2) at: 8:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. JUAN HERNANDEZ



P.O. Box 5383
Walnut Creek, CA 94596
(925) 947-1221
fax (925) 947-1375
LEGAL SERVICES

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*   $220.00
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*   409
   (iii) *County:*   Riverside

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, May. 15, 2012

                                                                                              (JUAN HERNANDEZ)

Judicial Council Form POS-010                   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007              SUMMONS                                                                 debevois.11403