USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _6/15/12_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x
                                          :
McKINSEY & COMPANY, INC.,                 :
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :  12 CIV. 2398 (PGG)
                                          :
McKINSEY & COMPANY GLOBAL HOLDINGS INC.,  :  ECF CASE
THE NATIONAL COUNCIL OF BUSINESS          :
ACCREDITATION, ANDREW W. WHITAKER,        :  **CLERK'S**
JULEANNE BROOKS, and DOES 4-20,           :  **CERTIFICATE**
                                          :
            Defendants.                   :
                                          :
———————————————————————————— x

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that on May 14, 2012, plaintiff filed an amended

complaint, and, on May 14, 2012, a copy of the complaint was served by personal service

on defendant Andrew W. Whitaker. Proof of such service was filed on May 24, 2012.

I further certify that the docket entries indicate that defendant Andrew W.

Whitaker has not filed an answer or otherwise moved with respect to the complaint

herein. The default of defendant Andrew W. Whitaker is hereby noted.

Dated: New York, New York
June _15_, 2012

**RUBY J. KRAJICK**
Clerk of the Court

By: _____
Deputy Clerk