```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
                                          │ DOC #:                      │
UNITED STATES DISTRICT COURT              │ DATE FILED: 6/15/12         │
SOUTHERN DISTRICT OF NEW YORK             └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- x

McKINSEY & COMPANY, INC.,

        Plaintiff,

        v.                        12 CIV. 2398 (PGG)

McKINSEY & COMPANY GLOBAL HOLDINGS INC.,   ECF CASE
THE NATIONAL COUNCIL OF BUSINESS
ACCREDITATION, ANDREW W. WHITAKER,    **CLERK'S**
JULEANNE BROOKS, and DOES 4-20,           **CERTIFICATE**

        Defendants.

--------------------------------------------------- x

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that on May 14, 2012, plaintiff filed an amended

complaint, and, on May 15, 2012, a copy of the complaint was served by personal service

on defendant Juleanne Brooks. Proof of such service was filed on May 24, 2012.

I further certify that the docket entries indicate that defendant Juleanne Brooks has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Juleanne Brooks is hereby noted.

Dated: New York, New York
      June 15, 2012

**RUBY J. KRAJICK**
Clerk of the Court

By: _____
          Deputy Clerk