USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

McKINSEY & COMPANY, INC.,

    Plaintiff,

v.                                    12 CIV. 2398 (PGG)

McKINSEY & COMPANY GLOBAL HOLDINGS INC.,    ECF CASE
THE NATIONAL COUNCIL OF BUSINESS
ACCREDITATION, ANDREW W. WHITAKER,        **CLERK'S**
JULEANNE BROOKS, and DOES 4-20,                 **CERTIFICATE**

    Defendants.

——————————————————————— x

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that on May 14, 2012, plaintiff filed an amended complaint, and, on May 22, 2012, a copy of the complaint was served pursuant to BCL § 307 by service to Chad Matice and by registered mail, return receipt requested on defendant The National Council of Business Accreditation ("NCBA"). Proof of such service was filed on May 24, 2012.

I further certify that the docket entries indicate that defendant NCBA has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant NCBA is hereby noted.

Dated: New York, New York
       June 15, 2012

                                        **RUBY J. KRAJICK**
                                        Clerk of the Court

                                        By: _____
                                              Deputy Clerk