DEBEVOISE & PLIMPTON LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12
```

July 6, 2012

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 10, 2012

BY FEDERAL EXPRESS

The Honorable Paul Gardephe
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10038

*McKinsey & Company, Inc. v. McKinsey & Company Global Holdings Inc.*
12 CIV. 02398 (PGG) – Order to Show Cause for Default Judgment

Dear Judge Gardephe:

    This firm is counsel to plaintiff McKinsey & Company, Inc. in the above-referenced matter. I write to request relief from the Court's July 5, 2012 Order requiring McKinsey & Company to serve a copy of the Order and all papers upon which it was granted on Defendants by 8:30 p.m. on July 5, 2012.

    Although we were able to serve the Order by 8:30 p.m. by overnight courier, the supporting papers, including the proposed order for default judgment and supporting declaration, were inadvertently left out of the mailings. We respectfully request the Court to grant relief from the Order's deadline and accept service of the Order and supporting documents by overnight courier as of July 6, 2012.

    If I may provide further information or answer any questions, please let me know.

Sincerely,

*Katherine L. Kriegman*
Katherine L. Kriegman

Enclosures